ACCEPTED
15-24-00097-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
2/25/2025 10:18 AM
CHRISTOPHER A. PRINE
CLERK

No. 15-24-00097-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
2/25/2025 10:18:38 AM
CHRISTOPHER A. PRINE
Clerk

**In the Court of Appeals
for the FIFTEENTH Judicial District
Austin, Texas**

---

**Randall Law,**
*Appellant,*

*v.*

**Texas Department of Insurance - Division of Workers' Compensation
Subsequent Injury Fund, Jeff Nelson, Kara Mace, and Blaise Gerstenlauer,**
*Appellees.*

---

**On Appeal from the
459th Judicial District Court, Travis County**

---

**APPELLEE'S FIRST UNOPPOSED MOTION FOR
EXTENSION OF TIME TO FILE BRIEF**

---

**TO THE HONORABLE JUSTICES OF THE FIFTEENTH COURT OF APPEALS:**

Appellee The Texas Department of Insurance – Worker's Compensation Division ("TDI-DWC" or "DWC") respectfully requests an extension of time to Wednesday, March 5, 2025, in which to file its brief in the captioned appeal. In support, the Appellee would show the Court as follows:

1. Appellant filed their first unopposed motion to extend time to file Appellant's brief on October 2, 2024.

2. On November 22, 2024 the Court granted that motion to extend time to file Appellant's brief.

3. On January 27, 2025, Appellant's brief was filed.

4. Appellee's brief is currently due on February 26, 2025. TDI-DWC requests an extension of 7 days. No previous extensions have been requested or granted.

5. Counsel for TDI-DWC is in need of an extension due to involvement in another case before the Galveston County District Court. That case was set for jury trial Monday, February 24, 2025, but has been extended from that date through Wednesday, February 26, 2025.

6. This motion is not interposed for the purpose of delay, but only to allow counsel for TDI-DWC to adequately prepare and file its brief.

7. Counsel for the Appellant has stated he does not oppose this request.

Appellee therefore respectfully requests an extension of time to and including Wednesday, March 5, 2025, in which to file and serve its brief in the captioned appeal.

DATED: February 25, 2025.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

ERNEST C. GARCIA
Chief, Administrative Law Division

*/s/ Canon Hill*
Canon Parker Hill
Assistant Attorney General
State Bar No. 24140247
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
Administrative Law Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 936-1838
Facsimile:  (512) 320-0167
Canon.Hill@oag.texas.gov

**Counsel for Appellees**

3

## CERTIFICATE OF CONFERENCE

I hereby certify that I contacted counsel for Appellant Randal Law, and that counsel stated that Appellant is unopposed to the extension requested in this Motion.

*/s/ Canon Hill*
Canon Hill
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that, in compliance with Rule 9.5 of the Texas Rules of Appellate Procedure, a true and correct copy of the above and foregoing document has been served on the following on this the 25th day of February 2025:

Randal Law
701 E. 11th St.
Del Rio, Texas 78840
Rlaw9@stx.rr.com

***Appellant, Pro Se***

*/s/ Canon Hill*
Canon Hill
Assistant Attorney General

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Paul Pruneda on behalf of Canon Hill
Bar No. 24140247
paul.pruneda@oag.texas.gov
Envelope ID: 97755946
Filing Code Description: Motion
Filing Description: 2025 0225 TDIDWC Unopposed Motion for Extension
Status as of 2/25/2025 10:28 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Paul Pruneda | | paul.pruneda@oag.texas.gov | 2/25/2025 10:18:38 AM | SENT |
| Canon ParkerHill | | canon.hill@oag.texas.gov | 2/25/2025 10:18:38 AM | SENT |

Associated Case Party: Randal Law

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Randal Law | | rlaw9@stx.rr.com | 2/25/2025 10:18:38 AM | SENT |

Associated Case Party: CanonHill

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Canon Hill | | Canon.Hill@oag.texas.gov | 2/25/2025 10:18:38 AM | SENT |